No. 428, Misc.  THOMAS *v.* NEW YORK.  App Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.  Petitioner *pro se.*  *Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 575, Misc.  McCORMICK *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  Petitioner *pro se.*  *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edward A. Hinz, Jr.,* Deputy Attorney General, for respondent.

No. 616, Misc.  McBRIDE *v.* FAY, WARDEN.  Ct. App. N. Y.  Certiorari denied.  Petitioner *pro se.*  *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Iris A. Steel,* Deputy Assistant Attorney General, for respondent.

No. 650, Misc.  ARNOLD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 668, Misc.  VANLEEWARD *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.  *Donald L. Hollowell* for petitioner.  *Eugene Cook,* Attorney General of Georgia, and *Albert Sidney Johnson,* Assistant Attorney General, for respondent.

No. 744, Misc.  COX *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.  Petitioner *pro se.*  *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.